AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

STERLING R. GREEN,

                Plaintiff,

v.

JULIO HERNANDEZ, DANIEL BERNAL, JOSE MARROQUIN, WAYNE B. SILAS, MARCIE DOJUTREK, MARIO GONZALEZ, BOARD OF EDUCATION OF THE CITY OF CHICAGO, and CITY OF CHICAGO

                Defendants.

**08 C 429**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

ASSIGNED JUDGE: **JUDGE LINDBERG**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO:

    City of Chicago
    121 N. LaSalle, Room 107
    Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_/s/ signature_

(By) DEPUTY CLERK

**January 18, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 22, 2008 |
| NAME OF SERVER *(PRINT)* <br> Irene K. Dymkar | TITLE <br> Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

    x   Served personally upon the defendant. Place where served:   <u>Clerk of the City of Chicago, 121 N LaSalle,</u>

<u>Room 107, Chicago, IL 60602</u>

    ☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    ☐   Returned unexecuted: _____

    ☐   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>January 22, 2008</u>      *[Signature of Server]*
                Date                Signature of Server

            <u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.