IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 429 |
| | ) | |
| JULIO HERNANDEZ, DANIEL BERNAL, | ) | JUDGE LINDBERG |
| JOSE MARROQUIN, WAYNE B. SILAS, | ) | MAGISTRATE JUDGE DENLOW |
| MARCIE DOJUTREK, MARIO GONZALEZ, | ) | |
| BOARD OF EDUCATION OF THE CITY OF | ) | |
| CHICAGO, and CITY OF CHICAGO | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICERS' AND DEFENDANT CITY OF CHICAGO'S
AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Officers, Marcie Dojutrek and Mario Gonzalez, by one of their attorneys, Mary McCahill, Assistant Corporation Counsel of the City of Chicago, and Defendant City of Chicago, by its attorney, Mara S. Georges, respectfully requests this Honorable Court to enlarge the time in which they may answer or otherwise plead to plaintiff's complaint, stating as follows:

(1) The undersigned filed her Appearance for defendant officers on March 12, 2008.

(2) This motion is defendant's first request for an extension of time to answer or otherwise plead.

(3) No prejudice will result to plaintiff by the granting of this motion.

(4) The undersigned has not yet been able to interview the police personnel and review the necessary paperwork to answer or otherwise plead to the complaint herein.

(5) The undersigned has contacted counsel for plaintiff, who has agreed to the instant motion.

**WHEREFORE**, Defendant Officers, requests this Court to grant his motion for an extension of time to and including April 14, 2008, to answer or otherwise plead to the complaint.

                                                                         Respectfully submitted,

                                                                         /s/ Mary McCahill
                                                                         MARY MCCAHILL
                                                                         Assistant Corporation Counsel

30 NORTH LA SALLE ST.
SUITE 1400
CHICAGO, ILLINOIS  60602                    March 14, 2008
(312) 742-6404
ATTORNEY NO. 06277989