# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| STERLING GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 429 |
| | ) | |
| JULIO HERNANDEZ, DANIEL BERNAL, | ) | JUDGE LINDBERG |
| JOSE MARROQUIN, WAYNE B. SILAS, | ) | MAGISTRATE JUDGE DENLOW |
| MARCIE DOJUTREK, MARIO GONZALEZ, | ) | |
| BOARD OF EDUCATION OF THE CITY OF | ) | |
| CHICAGO, and CITY OF CHICAGO | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

To:   Irene Dymkar
       300 West Adams, Suite 330
       Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States district Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' AND DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD.**

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Lindberg, or before such other Judge sitting in his place or stead, on **March 19, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, in **Courtroom 1425** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois March 14, 2008

                                                                Respectfully submitted,

                                                                /s/ Mary McCahill
                                                                MARY MCCAHILL
                                                                Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-6404
ATTORNEY NO. 06277989

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copies of the above and foregoing **NOTICE OF AGREED MOTION** will be electronically sent to the persons named in the foregoing Notice, at the address therein stated, on March 14, 2008 and a **DEFENDANT OFFICERS' AND DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD** was electronically sent to the persons named in the foregoing Notice, at the address therein stated, on March 14, 2008.

Irene Dymkar
300 West Adams, Suite 330
Chicago, IL 60602

**DATED** at Chicago, Illinois March 14, 2008

/s/ Mary McCahill
MARY MCCAHILL