U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 C 429
Sterling R. Green,
         Plaintiff,
v.                                                       Judge Lindberg
Julio Hernandez, et al.
         Defemdants.                                     Jury Trial Demanded

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Wayne Silas

| NAME (Type or print) |
| --- |
| Linda Hogan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Linda Hogan |
| FIRM |
| Board of Education of the City of Chicago |
| STREET ADDRESS |
| 125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6227277 | 773-553-1700 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐