U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08 C 429
Sterling R. Green,
    Plaintiff,
v.                                                                  Judge Lindberg
Julio Hernandez, et al.
    Defemdants.                                                     Jury Trial Demanded

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Board of Education of the City of Chicago

| |
|---|
| NAME (Type or print) <br> Susan O'Keefe |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Susan O'Keefe |
| FIRM <br> Board of Education of the City of Chicago |
| STREET ADDRESS <br> 125 South Clark Street, Suite 700 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216638 | TELEPHONE NUMBER <br> 773-553-1700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |