UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sterling R. Green
                Plaintiff,

v.                         Case No.: 1:08−cv−00429
                                       Honorable George W. Lindberg

Julio Hernandez, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: Defendant Officers' and Defendant City of Chicago's Agreed Motion to Enlarge Time to Answer or Otherwise Plead [11] is granted. Defendant Officers and Defendant City of Chicago are granted leave to answer or otherwise move with respect to Plaintiffs complaint on or before April 14, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.