UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sterling R. Green
                          Plaintiff,

v.                                                  Case No.: 1:08−cv−00429
                                                       Honorable George W. Lindberg

Julio Hernandez, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: Close of discovery set for 9/3/2008. Motion for summary judgment due 9/24/2008. Response to the motion for summary judgment due 10/8/2008. Reply due 10/15/2008. Ruling on the motion for summary judgment set for 11/12/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers on 11/24/2008 by 2:00p.m. Trial set for 12/1/2008 at 10:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.