U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Sterling Green,<br>    v.    Plaintiff,<br>Julio Hernandez, et al.<br>        Defendants. | Case Number: 08 C 429<br><br>Judge Lindberg |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Education of the City of Chicago

| | |
|---|---|
| **NAME** (Type or print)<br>Sabrina Haake | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>    s/ Sabrina Haake | |
| **FIRM**<br>Board of Education of the City of Chicago | |
| **STREET ADDRESS**<br>125 South Clark Street, Suite 700 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6211739 | **TELEPHONE NUMBER**<br>(773) 553-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |