IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING R. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 429 |
| | ) | |
| JULIO HERNANDEZ, DANIEL BERNAL, JOSE MARROQUIN, WAYNE B. SILAS, MARCIE DOJUTREK, MARIO GONAZLEZ, BOARD OF ECUCATION OF THE CITY OF CHICAGO and the CITY OF CHICAGO, | ) ) ) ) ) | JUDGE LINDBERG<br><br>MAGISTRATE JUDGE DENLOW |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_[signature]_
Irene K. Dymkar
Attorney for plaintiff,
Sterling Green
300 W. Adams Street, Suite 330
Chicago, Illinois 60606
(312) 345-0123
Attorney No. 90785719
DATE: 7/28/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
Mary McCahill
Assistant Corporation Counsel
Attorney for defendants,
Marcie Dojutrek and Mario Gonzalez + City of Chicago
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6404
Attorney No. 06277989

DATE: 7/29/08

08 C 429

7