UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING R. GREEN, | ) | Case No. 08 C 429 |
| | ) | |
| Plaintiff, | ) | Judge Lindberg |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| JULIO HERNANDEZ, DANIEL BERNAL, JOSE MARROQUIN, WAYNE B. SILAS, MARCIE DOJUTREK, MARIO GONZALEZ, BOARD OF EDUCATION OF THE CITY OF CHICAGO, and CITY OF CHICAGO, | ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR ENTRY OF DISMISSAL

Plaintiff, Sterling Green ("Green"), and defendants Board of Education of the City of Chicago ("Board"), Jose Marroquin, Daniel Bernal, Julio Hernandez, and Wayne B. Silas ("Board Defendants") through their respective attorneys, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the entry of a dismissal with prejudice, all matters in controversy having been resolved, each party to bear its own costs and attorneys fees.

The parties further request that the Court enter an Order striking all pending dates.

WHEREFORE, the Parties respectfully request that this Court enter an Order dismissing with prejudice all claims against Board of Education of the City of Chicago ("Board"), Jose Marroquin, Daniel Bernal, Julio Hernandez, and Wayne B. Silas, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

By:  s/ Irene K. Dymkar              By:  s/Sabrina Haake
     Attorney for Plaintiff               Attorney for Board of Education
     300 West Adams                       Assistant General Counsel
     Suite 330                            Board of Education of the
     Chicago, Illinois  60606             City of Chicago, Law Dept.
     (312) 345-0123                       125 South Clark Street, Suite 700
                                          Chicago, Illinois 60603
                                          (773) 553-1700

                                     By:  s/Linda Hogan
                                          Attorney for Wayne Silas
                                          Assistant General Counsel
                                          Board of Education of the
                                          City of Chicago Law Dept.
                                          125 South Clark Street, Suite 700
                                          Chicago, Illinois 60603
                                          (773) 553-1700

                                     By:  s/ James J. Seaberry
                                          Attorney for Julio Hernandez,
                                          Daniel Bernal and Jose Marroquin
                                          Assistant General Counsel
                                          Board of Education of the
                                          City of Chicago Law Dept.
                                          125 South Clark Street, Suite 700
                                          Chicago, Illinois 60603
                                          (773) 553-1700

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing **Stipulation for Entry of Dismissal** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to all counsel of record on this 8th day of August, 2008.

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **Stipulation for Entry of Dismissal** was sent via Hand Delivery on this 8th day of August, 2008 to:

**Honorable George Lindberg**
**United States District Court**
**219 South Dearborn Street**
**Room 1425**
**Chicago, Illinois 60604**

/s Irene Dymkar