IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STERLING R. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 429 |
| | ) | |
| JULIO HERNANDEZ, DANIEL BERNAL, JOSE | ) | JUDGE LINDBERG |
| MARROQUIN, WAYNE B. SILAS, MARCIE | ) | |
| DOJUTREK, MARIO GONAZLEZ, BOARD OF | ) | MAGISTRATE JUDGE DENLOW |
| ECUCATION OF THE CITY OF CHICAGO and | ) | |
| the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached

agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Sterling

Green, by one of his attorneys, Irene K. Dymkar, and defendants, Marcie Dojutrek and Mario Gonzalez,

by one of their attorneys, Mary McCahill, and defendant City of Chicago, by its attorney, Mara S.

Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and

Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the

premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further

orders as follows:

All of the claims of plaintiff, Sterling Green, against defendants, City of Chicago, Marcie

Dojutrek and Mario Gonzalez, are dismissed with prejudice and with each side bearing its own costs and

attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER:
The Honorable George W. Lindberg
United States District Judge

DATED:___August 11, 2008_____